UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-831 DSF | Date | 8/23/10 |
|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Interpreter | Not Present |

| Debra Plato | Not Present | Michael Stern / Martin Estrada (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Gregory MacDonald Berry | Not | X | | 1) Pro per | | | |

**Proceedings:** (In Chambers) Order Granting Government's Motion in Limine to Preclude References to Credit Card Fraud (Docket # 203)

    On August 12, this Court issued its Order Tentatively Granting Government's Motion in Limine to Preclude References to Credit Card Fraud.  (Docket # 233.)

    The government was ordered to provide to the Court, in camera and under seal, any report of the investigation by OPR investigator David Sullivan (or a brief declaration describing the results of his investigation if no report existed), and any evidence that contradicted the conclusions and suggested, however slightly, that a government agent was responsible for the credit card fraud, or any other wrongful conduct concerning Defendant's property.  Those items were ordered to be provided at the August 23 hearing, but the government provided them on August 17.

    The Court has reviewed the information provided and finds nothing to suggest that any government agent or employee is guilty of any wrongdoing.  Because the evidence remains insufficient to support the allegation of wrongdoing on the part of the case agent or other federal agents who will be testifying in the upcoming trial, the Court holds that Defendant does not have a good faith basis to present this issue to the jury.  Therefore, Defendant shall not question

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

witnesses, attempt to present evidence, or argue issues related to credit card fraud during the course of his upcoming trial.  This ruling is made pursuant to Federal Rules of Evidence 401 and 403, and for the reasons set forth in the government's related motion and this Court's previous order.

If Defendant develops credible evidence that the agents who will testify in his upcoming trial (or any government employees) are involved in charging items on his credit card or other wrongful conduct, he may present that evidence to the Court outside the presence of the jury and the Court will reconsider its ruling.  Until the ruling is expressly withdrawn, Defendant shall not question witnesses, attempt to present evidence, or argue any issue related to credit card fraud to the jury.

IT IS SO ORDERED.