ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MICHAEL J. STERN
E. MARTIN ESTRADA
Assistant United States Attorneys
State Bar No. 194342
State Bar No. 223802
  1500 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone:  (213) 894-3898
  Michael.Stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR NO. 09-831-DSF |
|---|---|
| Plaintiff, | ORDER DIRECTING DISCLOSURE OF FULL LETTER DATED SEPTEMBER 19, 2009 |
| v. | |
| GREGORY MACDONALD BERRY | |
| Defendant. | |

Based on the arguments in the government's motion seeking disclosure of the letter dated September 19, 2009, and the prior filings and hearings in this case, the court makes the following findings and orders:

1)   Defendant has, as a matter of law, waived any attorney / client privilege in relation to a letter he sent his former attorney, Ms. Bell, dated September 19, 2009 ("the letter").

2)   Defendant expressly waived any privilege in the letter's contents on August 9, 2009, at a hearing before the court.

3)   Defendant again waived any attorney / client privilege when he filed the un-redacted letter as Exhibit B in a recent filing with the court (docket #240).

    4)    Ms. Bell is ordered to immediately file an un-redacted copy of the letter.

    5)    Ms. Bell is further ordered to provide any documentary evidence or relevant declaration regarding the date on which she received the letter.

It is so ordered.

*Dale S. Fischer*

UNITED STATES DISTRICT JUDGE

Dated: 8/23/10