# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>          v.<br><br>GREGORY MACDONALD BERRY,<br>     Defendant. | No. CR 09-831 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE (Dkt. 559) |

The government is ordered to file a response to Defendant's motion no later than February 22, 2021. Defendant may file a reply no later than April 5, 2021.

IT IS SO ORDERED.

Date: January 12, 2021

Dale S. Fischer
United States District Judge