# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>GREGORY MACDONALD BERRY,<br>    Defendant. | 2:15-cv-03523-DSF<br>2:09-cr-831-DSF<br><br>Order DENYING Motion to Reopen (Dkt. 43) |

    Defendant has filed a motion to reopen his 28 U.S.C. § 2255 motion. The motion to reopen is DENIED. Defendant's motion to reopen attempts to reargue his original § 2255 motion and presents no grounds for reopening. The Court declines to issue a certificate of appealability because Defendant has not shown that "jurists of reason would find it debatable whether": (1) "the [motion] states a valid claim of the denial of a constitutional right"; or whether (2) "the district court was correct in its procedural ruling." See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    IT IS SO ORDERED.

Date: February 24, 2025

_____
Dale S. Fischer
United States District Judge