Gregory Berry
Reg. No. 33886-112
Federal Correctional Institution
PO Box 420
Fairton, New Jersey 08320-0420

In pro se



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

GREGORY MACDONALD BERRY,      )   Case No.   2:15-cv-03523-DSF
                              )                 2:09-cr-831-DSF
    Petitioner,               )
                              )
                              )
v.                            )   NOTICE OF APPEAL
                              )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Respondent.               )

Petitioner, Gregory Berry respectfully provides his Notice of
Appeal from the District Court's February 24, 2025 Order denying his
Motion To Reopen his 28 U.S.C. § 2255 case.


DATE:   April 11, 2025

_____
GREGORY BERRY, Petitioner

1

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned state;

I am the Petitioner to the herein action. The Respondent is represented by the following counsel:

TO BE NOTICED

will be served electronically a copy of the following:

NOTICE OF APPEAL

by the Court's ECF system, when the herein document is filed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April 2025 at Fairton, New Jersey.

GREGORY M. BERRY

regory M. Berry
eg. No. 33886-112
ederal Correctional Institution
O Box 420
airton, New Jersey 08320-0420

belly P&DC 080 ZIP
TUE 15 APR 2025 PM

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk,
United States Courthouse
350 West First Street
Los Angeles, CA.  90012

LEGAL MAIL

For your information, this letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to above address.

Date: 4/14/25